UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

EVAN RHODES,

                            Plaintiff,

   vs.

NEW YORK PRESBYTERIAN HOSPITAL,
ROYAL CHARTER PROPERTIES, INC.,
STEVEN J. CORWIN, M.D., JEAN AMIE,
JAY VARMA, M.D., KATHLEEN HOCHUL,
individually and in her official capacity as
Governor of the State of New York, JAMES V.
McDONALD, in his official capacity as Acting
Commissioner of the New York Department of
Health and JOHN DOES 1-20, said names
being fictitious,

                          Defendants.

------------------------------------------------------------

Civil No. 1:23-cv-6449 (JHR) (SDA)

**NOTICE OF APPEAL**

     The plaintiff, Evan Rhodes, hereby appeals to the United States Court of Appeals for the Second Circuit from all parts of the Order dated September 26, 2025.

Dated: October 8, 2025

                           Yours etc.,

                           **MURRAY-NOLAN BERUTTI LLC**

                           /s/ *Ronald A. Berutti*

               By:_____
                         Ronald A. Berutti
                         *Attorneys for plaintiff Evan Rhodes*
                         30 Wall Street
                         8th Floor
                         New York, New York 10005
                         Ron@MNBlawfirm.com
                         (212) 575-8500

To:
Juhyun (Leah) Park, Esq.
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064

1

lpark@paulweiss.com
(212) 373-3441
*Counsel for New York Presbyterian Hospital,*
*Steven Corwin, M.D., Jean Amie, and Royal*
*Charter Properties, Inc.*

LETITIA JAMES
Attorney General
Jessica Pries
Assistant Attorney General
28 Liberty Street
New York, New York 10005
Jessica.Pries@ag.ny.gov
(212) 416-8817
*Counsel for the State of N.Y. Defendants*

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:23−cv−06449−JHR

Rhodes v. New York Presbyterian Hospital et al
Assigned to: Judge Jennifer H. Rearden
Cause: 28:1331cv Fed. Question: Other Civil Rights

Date Filed: 07/26/2023
Date Terminated: 09/26/2025
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Evan Rhodes**                     represented by   **Ronald A. Berutti**
Murray−Nolan Berutti LLC
136 Central Avenue
Ste 2nd Floor
Clark, NJ 07066
908−588−2111
Email: ron@murray−nolanberutti.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**New York Presbyterian Hospital**    represented by   **Gregory Frederick Laufer**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)−373−3000
Fax: (212)−492−0441
Email: glaufer@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liza May Velazquez**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
(212) 373−3096
Fax: (212) 373−2826
Email: lvelazquez@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E. Gertzman**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
212.373.3281
Fax: 212.373.2274
Email: mgertzman@paulweiss.com
*TERMINATED: 05/15/2024*
*LEAD ATTORNEY*

**Emily A. Vance**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019
212−373−3000
Email: evance@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Juhyun Park**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212–373–3000
Email: lpark@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven J. Corwin, M.D.**                  represented by  **Gregory Frederick Laufer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liza May Velazquez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E. Gertzman**
(See above for address)
*TERMINATED: 05/15/2024*
*LEAD ATTORNEY*

**Emily A. Vance**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Juhyun Park**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jean Amie**                  represented by  **Gregory Frederick Laufer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liza May Velazquez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E. Gertzman**
(See above for address)
*TERMINATED: 05/15/2024*
*LEAD ATTORNEY*

**Emily A. Vance**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Juhyun Park**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kathleen Hochul**
*individually*

**Defendant**

| | | |
|---|---|---|
| **Kathleen Hochul**<br>*in her official capacity as Governor of the*<br>*State of New York* | represented by | **Jessica Preis**<br>Office of the New York State Attorney<br>General<br>28 Liberty Street<br>New York, NY 10005<br>212–416–8817<br>Email: Jessica.Preis@ag.ny.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Julia Alexandra Busetti**<br>New York State Office of the Attorney<br>General<br>28 Liberty Street, 17th Floor<br>New York, NY 10005<br>212–416–8559<br>Fax: 212–416–6009<br>Email: julia.busetti@ag.ny.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **James V. McDonald**<br>*in his official capacity as Acting*<br>*Commissioner of the New York*<br>*Department of Health* | represented by | **Jessica Preis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Julia Alexandra Busetti**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Royal Charter Properties, Inc.** | represented by | **Gregory Frederick Laufer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Liza May Velazquez**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael E. Gertzman**<br>(See above for address)<br>*TERMINATED: 05/15/2024*<br>*LEAD ATTORNEY*<br><br>**Emily A. Vance**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Juhyun Park**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**John Does 1–20**
*Said Names Being Fictitious*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| 07/26/2023 | 1 | COMPLAINT against Jean Amie, Steven J. Corwin, Kathy Hochul, Kathy Hochul, James V. McDonald, New York Presbyterian Hospital. (Filing Fee $ 402.00, Receipt Number ANYSDC−28055630)Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 07/26/2023) |
|---|---|---|
| 07/26/2023 | 2 | **FILING ERROR – PDF ERROR –** CIVIL COVER SHEET filed..(Berutti, Ronald) Modified on 7/27/2023 (jgo). (Entered: 07/26/2023) |
| 07/26/2023 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to New York Presbyterian Hospital, Steven J. Corwin, M.D., Jean Amie, Kathy Hochul, and James V. McDonald, re: 1 Complaint. Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 07/26/2023) |
| 07/27/2023 |  | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Ronald A. Berutti re: Document No. 1 Complaint. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; add Royal Charter Properties, Inc., and, John Does 1–20 with party text 'said names being fictitious'. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents... (jgo)** (Entered: 07/27/2023) |
| 07/27/2023 |  | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Ronald A. Berutti to RE−FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the civil cover sheet is not correct; the incorrect Basis of Jurisdiction code was selected;. Re−file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. Use civil cover sheet issued by S.D.N.Y. dated October 1, 2020. The S.D.N.Y. Civil Cover Sheet dated October 1, 2020 is located at http://nysd.uscourts.gov/file/forms/civil−cover−sheet.. (jgo)** (Entered: 07/27/2023) |
| 07/27/2023 |  | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Ronald A. Berutti. The party information for the following party/parties has been modified: Steven J. Corwin; Kathy Hochul; Kathy Hochul; James V. McDonald. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error; party text was omitted;. (jgo)** (Entered: 07/27/2023) |
| 07/27/2023 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Jennifer H. Rearden. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(jgo) (Entered: 07/27/2023) |
| 07/27/2023 |  | Magistrate Judge Stewart D. Aaron is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (jgo) (Entered: 07/27/2023) |
| 07/27/2023 |  | Case Designated ECF. (jgo) (Entered: 07/27/2023) |
| 07/27/2023 |  | ADD PARTY FOR PLEADING. Defendants/Respondents Jean Amie, Steven J. Corwin, M.D., Kathleen Hochul, Kathleen Hochul, James V. McDonald, New York Presbyterian Hospital, Royal Charter Properties, Inc., John Does 1–20 added. Party added pursuant to 1 Complaint.Document filed by Evan Rhodes. Related document: 1 Complaint..(Berutti, Ronald) (Entered: 07/27/2023) |
| 07/27/2023 | 4 | ELECTRONIC SUMMONS ISSUED as to Jean Amie, Steven J. Corwin, M.D., Kathleen Hochul, Kathleen Hochul, James V. McDonald, New York Presbyterian Hospital..(jgo) (Entered: 07/27/2023) |
| 07/27/2023 | 5 | **FILING ERROR – PDF ERROR –** CIVIL COVER SHEET filed..(Berutti, Ronald) Modified on 8/2/2023 (pc). (Entered: 07/27/2023) |

| 07/27/2023 | 6 | CIVIL COVER SHEET filed..(Berutti, Ronald) (Entered: 07/27/2023) |
|---|---|---|
| 07/27/2023 | 7 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUESTED – WRONG EVENT TYPE SELECTED FROM MENU** – REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Royal Charter Properties, Inc., re: 1 Complaint. Document filed by Evan Rhodes..(Berutti, Ronald) Modified on 7/28/2023 (pc). (Entered: 07/27/2023) |
| 07/28/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Ronald A. Berutti to RE–FILE Document No. 7 Request for Issuance of Amended Summons. The filing is deficient for the following reason(s): the wrong event type was used to file the request for issuance of summons;. Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (pc)** (Entered: 07/28/2023) |
| 07/28/2023 | 8 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR** – REQUEST FOR ISSUANCE OF SUMMONS as to New York Presbyterian Hospital, Royal Charter Properties, Inc., Steven J. Corwin, M.D., Jean Amie, Kathy Hochul, and James V. McDonald, re: 1 Complaint. Document filed by Evan Rhodes..(Berutti, Ronald) Modified on 7/31/2023 (pc). (Entered: 07/28/2023) |
| 07/31/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Ronald A. Berutti to RE–FILE Document No. 8 Request for Issuance of Summons. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; The caption title must list all of the defendants involved in the case. If the parties do not fit on the caption title, you can type the first listed defendant followed by et al.;. Jean Amie, Steven J. Corwin, M.D., Kathleen Hochul, Kathleen Hochul, James V. McDonald, New York Presbyterian Hospital were previously issued a summons and will require a separate Amended Summons. (pc)** (Entered: 07/31/2023) |
| 08/01/2023 | 9 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR** – REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to New York Presbyterian Hospital, Royal Charter Properties, Inc., Steven J. Corwin, M.D., Jean Amie, Kathy Hochul, and James V. McDonald, re: 1 Complaint. Document filed by Evan Rhodes..(Berutti, Ronald) Modified on 8/2/2023 (pc). (Entered: 08/01/2023) |
| 08/02/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Ronald A. Berutti to RE–FILE Document No. 9 Request for Issuance of Amended Summons,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; the wrong event type was used to file the request for issuance of summons; Jean Amie, Steven J. Corwin, M.D., Kathleen Hochul, Kathleen Hochul, James V. McDonald, New York Presbyterian Hospital were previously issued a summons and will require a SEPARATE Amended Summons. (pc)** (Entered: 08/02/2023) |
| 08/02/2023 | 10 | REQUEST FOR ISSUANCE OF SUMMONS as to Royal Charter Properties, Inc., re: 1 Complaint. Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 08/02/2023) |
| 08/03/2023 | 11 | ELECTRONIC SUMMONS ISSUED as to Royal Charter Properties, Inc...(pc) (Entered: 08/03/2023) |
| 08/15/2023 | 12 | FIRST AMENDED COMPLAINT amending 1 Complaint against Jean Amie, Steven J. Corwin, M.D., John Does 1–20, Kathleen Hochul, Kathleen Hochul, James V. McDonald, New York Presbyterian Hospital, Royal Charter Properties, Inc with JURY DEMAND.Document filed by Evan Rhodes. Related document: 1 Complaint. (Attachments: # 1 Exhibit Complaint Comparison).(Berutti, Ronald) (Entered: 08/15/2023) |
| 08/23/2023 | 13 | NOTICE OF APPEARANCE by Liza May Velazquez on behalf of Jean Amie, Steven J. Corwin, M.D., New York Presbyterian Hospital, Royal Charter Properties, Inc...(Velazquez, Liza) (Entered: 08/23/2023) |

| | | |
|---|---|---|
| 08/23/2023 | 14 | NOTICE OF APPEARANCE by Michael E. Gertzman on behalf of Jean Amie, Steven J. Corwin, M.D., New York Presbyterian Hospital, Royal Charter Properties, Inc...(Gertzman, Michael) (Entered: 08/23/2023) |
| 08/23/2023 | 15 | NOTICE OF APPEARANCE by Gregory Frederick Laufer on behalf of Jean Amie, Steven J. Corwin, M.D., New York Presbyterian Hospital, Royal Charter Properties, Inc...(Laufer, Gregory) (Entered: 08/23/2023) |
| 08/23/2023 | 16 | NOTICE OF APPEARANCE by Emily A. Vance on behalf of Jean Amie, Steven J. Corwin, M.D., New York Presbyterian Hospital, Royal Charter Properties, Inc...(Vance, Emily) (Entered: 08/23/2023) |
| 08/23/2023 | 17 | NOTICE OF APPEARANCE by Juhyun Park on behalf of Jean Amie, Steven J. Corwin, M.D., New York Presbyterian Hospital, Royal Charter Properties, Inc...(Park, Juhyun) (Entered: 08/23/2023) |
| 08/23/2023 | 18 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by New York Presbyterian Hospital..(Velazquez, Liza) (Entered: 08/23/2023) |
| 08/23/2023 | 19 | CONSENT LETTER MOTION for Extension of Time *to Respond to the Amended Complaint* addressed to Judge Jennifer H. Rearden from Liza M. Velazquez dated August 23, 2023. Document filed by Jean Amie, Steven J. Corwin, M.D., New York Presbyterian Hospital, Royal Charter Properties, Inc...(Velazquez, Liza) (Entered: 08/23/2023) |
| 08/24/2023 | 20 | ORDER: granting 19 Letter Motion for Extension of Time. Application GRANTED.The Clerk of Court is directed to terminate ECF No. 19. SO ORDERED. (Signed by Judge Jennifer H. Rearden on 8/24/2023) (ama) (Entered: 08/24/2023) |
| 08/24/2023 | | Set/Reset Deadlines: Jean Amie answer due 10/23/2023; Steven J. Corwin, M.D. answer due 10/23/2023; New York Presbyterian Hospital answer due 10/23/2023; Royal Charter Properties, Inc. answer due 10/23/2023. (ama) (Entered: 08/24/2023) |
| 08/25/2023 | 21 | LETTER MOTION for Extension of Time to File Answer addressed to Judge Jennifer H. Rearden from Julia Busetti dated 08/25/2023. Document filed by Kathleen Hochul, Kathleen Hochul, James V. McDonald..(Busetti, Julia) (Entered: 08/25/2023) |
| 08/28/2023 | 22 | ORDER granting 21 Letter Motion for Extension of Time to Answer re 21 LETTER MOTION for Extension of Time to File Answer addressed to Judge Jennifer H. Rearden from Julia Busetti dated 08/25/2023., 12 Amended Complaint,. Application GRANTED. The Clerk of Court is directed to terminate ECF No. 21. SO ORDERED. Kathleen Hochul answer due 10/23/2023; James V. McDonald answer due 10/23/2023. (Signed by Judge Jennifer H. Rearden on 8/28/2023) (tg) (Entered: 08/28/2023) |
| 10/16/2023 | 23 | CONSENT LETTER MOTION for Extension of Time *to Respond to Plaintiff's Amended Complaint* addressed to Judge Jennifer H. Rearden from Emily A. Vance dated October 16, 2023. Document filed by Jean Amie, Steven J. Corwin, M.D., New York Presbyterian Hospital, Royal Charter Properties, Inc...(Vance, Emily) (Entered: 10/16/2023) |
| 10/23/2023 | 24 | ORDER: granting 23 Letter Motion for Extension of Time. Application GRANTED. The deadline for Defendants New York Presbyterian Hospital, Dr. Steven Corwin, Jean Amie, and Royal Charter Properties, Inc. to respond to the Amended Complaint is extended to October 27, 2023. The Clerk of Court is directed to terminate ECF No. 23. SO ORDERED. (Signed by Judge Jennifer H. Rearden on 10/23/2023) (ama) (Entered: 10/23/2023) |
| 10/23/2023 | | Set/Reset Deadlines: Jean Amie answer due 10/27/2023; Steven J. Corwin, M.D. answer due 10/27/2023; New York Presbyterian Hospital answer due 10/27/2023; Royal Charter Properties, Inc. answer due 10/27/2023. (ama) (Entered: 10/23/2023) |
| 10/23/2023 | 25 | NOTICE OF APPEARANCE by Jessica Preis on behalf of Kathleen Hochul, James V. McDonald..(Preis, Jessica) (Entered: 10/23/2023) |
| 10/23/2023 | 26 | FIRST MOTION to Dismiss *the Amended Complaint*. Document filed by Kathleen Hochul, James V. McDonald. (Attachments: # 1 Supplement Memorandum of Law, # 2 Supplement Declaration, # 3 Exhibit Ex. A, # 4 Exhibit Ex. B, # 5 Exhibit Ex. C, # 6 |

| | | Exhibit Ex. D, # 7 Exhibit Ex. E).(Preis, Jessica) (Entered: 10/23/2023) |
|---|---|---|
| 10/27/2023 | 27 | MOTION to Dismiss *the First Amended Complaint*. Document filed by Jean Amie, Steven J. Corwin, M.D., New York Presbyterian Hospital, Royal Charter Properties, Inc...(Velazquez, Liza) (Entered: 10/27/2023) |
| 10/27/2023 | 28 | MEMORANDUM OF LAW in Support re: 27 MOTION to Dismiss *the First Amended Complaint*. . Document filed by Jean Amie, Steven J. Corwin, M.D., New York Presbyterian Hospital, Royal Charter Properties, Inc...(Velazquez, Liza) (Entered: 10/27/2023) |
| 10/27/2023 | 29 | DECLARATION of Emily A. Vance in Support re: 27 MOTION to Dismiss *the First Amended Complaint*.. Document filed by Jean Amie, Steven J. Corwin, M.D., New York Presbyterian Hospital, Royal Charter Properties, Inc.. (Attachments: # 1 Exhibit A – Email, # 2 Exhibit B – DOH Mandate, # 3 Exhibit C – Exemption requests excerpts, # 4 Exhibit D – Assumption of Liability template, # 5 Exhibit E – Catholic Vaccine Exemption template, # 6 Exhibit F – DOH Mandate FAQs).(Vance, Emily) (Entered: 10/27/2023) |
| 11/03/2023 | 30 | FIRST LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Jennifer H. Rearden from Ronald A. Berutti dated November 3, 2023. Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 11/03/2023) |
| 11/06/2023 | 31 | ORDER: granting 30 Letter Motion for Extension of Time to File Response/Reply re 30 FIRST LETTER MOTION for Extension of Time to File Response/Reply. addressed to Judge Jennifer H. Rearden from Ronald A. Berutti dated November 3, 2023. Application GRANTED. Plaintiff's opposition papers are due by November 28, 2023. Defendants' replies are due by December 19, 2023. All future applications must comply with the Court's Individual Rules and Practices in Civil Cases. See, e.g., R. 2.E ("All requests for extensions of time... must be made not less than two business days before the scheduled deadline.... and should state: [] the original date; [] the number of previous requests for adjournment or extensions of time;... as well as any other existingdeadlines," among other details. (emphasis in original)). The Clerk of Court is directed to terminate ECF No. 30. SO ORDERED. Responses due by 11/28/2023 Replies due by 12/19/2023. (Signed by Judge Jennifer H. Rearden on 11/06/2023) (ama) (Entered: 11/06/2023) |
| 11/21/2023 | 32 | SECOND LETTER MOTION for Extension of Time addressed to Judge Jennifer H. Rearden from Ronald A. Berutti dated 11/21/23., LETTER MOTION for Extension of Time to File Response/Reply as to 27 MOTION to Dismiss *the First Amended Complaint*., 26 FIRST MOTION to Dismiss *the Amended Complaint*. addressed to Judge Jennifer H. Rearden from Ronald A. Berutti dated 11/21/23. Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 11/21/2023) |
| 11/27/2023 | 33 | ORDER granting 32 Letter Motion for Extension of Time; granting 32 Letter Motion for Extension of Time to File Response/Reply as to 27 MOTION to Dismiss the First Amended Complaint., 26 FIRST MOTION to Dismiss the Amended Complaint addressed to Judge Jennifer H. Rearden from Ronald A. Berutti dated 11/21/23. Application GRANTED. By Friday, December 15, 2023, Plaintiff shall file his opposition. By Friday, January 12, 2024, Defendants shall file their replies. The Clerk of Court is directed to terminate ECF No. 32. SO ORDERED. ( Responses due by 12/15/2023, Replies due by 1/12/2024.) (Signed by Judge Jennifer H. Rearden on 11/27/2023) (vfr) (Entered: 11/27/2023) |
| 12/15/2023 | 34 | MEMORANDUM OF LAW in Opposition re: 27 MOTION to Dismiss *the First Amended Complaint*. . Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 12/15/2023) |
| 12/15/2023 | 35 | REPLY AFFIDAVIT in Opposition re: 26 FIRST MOTION to Dismiss *the Amended Complaint*.. Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 12/15/2023) |
| 01/12/2024 | 36 | REPLY MEMORANDUM OF LAW in Support re: 26 FIRST MOTION to Dismiss *the Amended Complaint*. . Document filed by Kathleen Hochul, James V. McDonald..(Preis, Jessica) (Entered: 01/12/2024) |
| 01/12/2024 | 37 | REPLY MEMORANDUM OF LAW in Support re: 27 MOTION to Dismiss *the First Amended Complaint*. . Document filed by Jean Amie, Steven J. Corwin, M.D., New |

| | | |
|---|---|---|
| | | York Presbyterian Hospital, Royal Charter Properties, Inc...(Velazquez, Liza) (Entered: 01/12/2024) |
| 04/12/2024 | 38 | NOTICE of Supplemental Authority. Document filed by New York Presbyterian Hospital. (Attachments: # 1 Exhibit A – Perez Supplemental Authority).(Velazquez, Liza) (Entered: 04/12/2024) |
| 04/27/2024 | 39 | RESPONSE in Opposition to Motion re: 27 MOTION to Dismiss *the First Amended Complaint*., 26 FIRST MOTION to Dismiss *the Amended Complaint. Supplemental Authority*. Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 04/27/2024) |
| 05/13/2024 | 40 | LETTER addressed to Judge Jennifer H. Rearden from Liza M. Velazquez dated May 13, 2024 re: Withdrawing Counsel due to Death. Document filed by New York Presbyterian Hospital..(Velazquez, Liza) (Entered: 05/13/2024) |
| 05/15/2024 | 41 | MEMO ENDORSEMENT on re: 40 Letter filed by New York Presbyterian Hospital ENDORSEMENT Application GRANTED. The Court extends its condolences to counsel. The Clerk of Court is directed to terminate Michael E. Gertzman as counsel for Defendant. SO ORDERED. Attorney Michael E. Gertzman terminated. (Signed by Judge Jennifer H. Rearden on 5/15/2024) (jca) (Entered: 05/15/2024) |
| 06/26/2024 | 42 | **FILING ERROR – DEFICIENT DOCKET ENTRY – (SEE DOCUMENT#45)** PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document filed by Evan Rhodes. (Attachments: # 1 Supplement Brief in Support of Order to Show Cause for TRO and Preliminary Injunction, # 2 Affidavit of Evan Rhodes in Support of Order to Show Cause, # 3 Exhibit A– First Amended Verified Complaint, # 4 Exhibit B–Notices of Default from Royal, # 5 Exhibit C–MNB Default Dispute Letter, # 6 Exhibit D– Petition Holdover) Related Document Number: [LT–310069–24/NY]..(Berutti, Ronald) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** Modified on 6/27/2024 (lb). (Entered: 06/26/2024) |
| 06/26/2024 | 43 | FIRST LETTER MOTION for Leave to File Order to Show Cause with Temporary Restraints addressed to Judge Jennifer H. Rearden from Ronald A. Berutti dated 06/26/2024. Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 06/26/2024) |
| 06/26/2024 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document No. 42 Proposed Order to Show Cause With Emergency Relief, was reviewed and approved as to form. (tp)** (Entered: 06/26/2024) |
| 06/27/2024 | 44 | LETTER addressed to Judge Jennifer H. Rearden from Liza M. Velazquez dated June 27, 2024 re: Response to [Proposed] Order to Show Cause for Preliminary Injunction and Temporary Restraining Order 42 . Document filed by Steven J. Corwin, M.D., New York Presbyterian Hospital, Royal Charter Properties, Inc.. (Attachments: # 1 Exhibit A – License Agreement).(Velazquez, Liza) (Entered: 06/27/2024) |
| 06/27/2024 | 45 | PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document filed by Evan Rhodes. (Attachments: # 1 Supplement Brief in Support of Order to Show Cause, # 2 Exhibit A– First Amended Verified Complaint, # 3 Exhibit B–Notices of Default from Royal, # 4 Exhibit C–MNB Default Dispute Letter, # 5 Exhibit D– Petition Holdover, # 6 Affidavit Declaration of Evan Rhodes).(Berutti, Ronald) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 06/27/2024) |
| 06/27/2024 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document No. 45 Proposed Order to Show Cause With Emergency Relief, was reviewed and approved as to form. (tp)** (Entered: 06/27/2024) |
| 06/27/2024 | 46 | ORDER On June 26, 2024, Plaintiff moved by order to show cause for a temporary restraining order and preliminary injunction. See ECF No. 42. It is hereby ORDERED that counsel for all parties shall appear for a conference on July 1, 2024 at 3:15 p.m. The conference will be held by telephone. Counsel should join the conference by dialing 646–453–4442 and entering Conference ID: 722 229 157#. Members of the public may call the same number but will not be permitted to speak during the conference. SO ORDERED. (Telephone Conference set for 7/1/2024 at 03:15 PM before Judge Jennifer H. Rearden.) (Signed by Judge Jennifer H. Rearden on |

| | | |
|---|---|---|
| | | 6/27/2024) (jca) (Entered: 06/27/2024) |
| 06/28/2024 | 47 | LETTER addressed to Judge Jennifer H. Rearden from Jessica Preis dated June 28, 2024 re: Notice of Supplemental Authority In Further Support of State Defendants' Motion to Dismiss. Document filed by Kathleen Hochul, James V. McDonald. (Attachments: # 1 Exhibit A – Haczynska Supplemental Authority).(Preis, Jessica) (Entered: 06/28/2024) |
| 06/30/2024 | 48 | LETTER addressed to Judge Jennifer H. Rearden from Ronald A. Berutti dated 06/30/24 re: Response to defendant Royal Charter Properties, Inc.'s letter opposing the plaintiff's application for an Order to Show Cause seeking a Preliminary Injunction with Temporary Restraints. Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 06/30/2024) |
| 07/01/2024 | | Minute Order Proceedings held before Judge Jennifer H. Rearden: denying without prejudice 43 Letter Motion for Leave to File Document; Telephone Conference held on 7/1/2024. For the reasons stated on the record, Plaintiff's application for a temporary restraining order and preliminary injunction is DENIED without prejudice to renewal. (Court Reporter Rebecca Forman.) (kwi) (Entered: 07/03/2024) |
| 11/30/2024 | 49 | FIRST MOTION to Amend/Correct 12 Amended Complaint, . Document filed by Evan Rhodes. Return Date set for 12/23/2024 at 10:00 AM. (Attachments: # 1 Supplement Memorandum of Law in Support of Motion Seeking Leave to Amend, # 2 Affidavit Declaration of Ronald A. Berutti in Support of Motion Seeking Leave to Amend, # 3 Exhibit A: Proposed Second Amended Complaint, # 4 Exhibit B: Redline Comparison, # 5 Proposed Order Granting Leave to File Second Amended Complaint).(Berutti, Ronald) (Entered: 11/30/2024) |
| 12/16/2024 | 50 | MEMORANDUM OF LAW in Opposition re: 49 FIRST MOTION to Amend/Correct 12 Amended Complaint, . . Document filed by Kathleen Hochul, James V. McDonald..(Preis, Jessica) (Entered: 12/16/2024) |
| 12/16/2024 | 51 | MEMORANDUM OF LAW in Opposition re: 49 FIRST MOTION to Amend/Correct 12 Amended Complaint, . . Document filed by New York Presbyterian Hospital, Royal Charter Properties, Inc., Steven J. Corwin, M.D., Jean Amie..(Velazquez, Liza) (Entered: 12/16/2024) |
| 12/20/2024 | 52 | LETTER MOTION for Leave to File Withdraw Motion Without Prejudice and Re–file within 30 Days addressed to Judge Jennifer H. Rearden from Ronald A. Berutti dated December 20, 2024. Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 12/20/2024) |
| 12/26/2024 | 53 | MEMO ENDORSEMENT terminating 49 Motion to Amend/Correct ; granting 52 Letter Motion for Leave to File Document. ENDORSEMENT In view of Plaintiff's request to withdraw his motion for leave to file a Second Amended Complaint, see ECF No. 49, the motion is hereby terminated without prejudice. Any renewed motion shall be filed by January 27, 2025. The Clerk of Court is directed to terminate ECF Nos. 49 and 52. SO ORDERED.. (Signed by Judge Jennifer H. Rearden on 12/26/2024) (jca) (Entered: 12/26/2024) |
| 12/26/2024 | | Set/Reset Deadlines: Motions due by 1/27/2025. (jca) (Entered: 12/26/2024) |
| 01/06/2025 | 54 | LETTER addressed to Judge Jennifer H. Rearden from Emily A. Vance dated January 6, 2025 re: Notice of Supplemental Authority. Document filed by New York Presbyterian Hospital, Royal Charter Properties, Inc., Steven J. Corwin, M.D., Jean Amie. (Attachments: # 1 Exhibit A – Summary Order in Does v. Hochul, No. 22–2858 (2d Cir. Dec. 20, 2024).(Vance, Emily) (Entered: 01/06/2025) |
| 01/07/2025 | 55 | LETTER MOTION to Stay re: 54 Letter, *and seeking to strike letter* addressed to Judge Jennifer H. Rearden from Ronald A. Berutti dated 01/07/2025. Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 01/07/2025) |
| 01/08/2025 | 56 | LETTER addressed to Judge Jennifer H. Rearden from Jessica Preis dated January 8, 2025 re: Response to Plaintiff's Letter–Motion (ECF No. 55). Document filed by Kathleen Hochul, James V. McDonald..(Preis, Jessica) (Entered: 01/08/2025) |
| 01/16/2025 | 57 | ORDER terminating 55 Letter Motion to Stay. Plaintiff's deadline to move to amend the First Amended Complaint is extended to April 7, 2025. Given that two fully |

| | | |
|---|---|---|
| | | briefed motions to dismiss are pending in this case, see ECF Nos. 26, 27, there is nothing else to stay. Plaintiff's motion to strike Defendants' notice of supplemental authority, see ECF No. 54, is DENIED. Although Plaintiff states that Defendants' notice "was filed while no motion was pending," Defendants' motions to dismiss in fact remain sub judice. The Clerk of Court is directed to terminate ECF No. 55. SO ORDERED.. (Signed by Judge Jennifer H. Rearden on 1/15/2025) (jca) Modified on 1/16/2025 (jca). (Entered: 01/16/2025) |
| 01/16/2025 | | Set/Reset Deadlines: Amended Pleadings due by 4/7/2025. (jca) (Entered: 01/16/2025) |
| 04/04/2025 | 58 | **FILING ERROR – DEFICIENT DOCKET ENTRY – (SUPPORTING DOCUMENTS TO BE FILED SEPARATELY) –** MOTION for Leave to File Second Amended Complaint . Document filed by Evan Rhodes. (Attachments: # 1 Affidavit Declaration of Ronald A. Berutti, # 2 Exhibit Exhibits, # 3 Proposed Order Proposed Order, # 4 Supplement Brief in Support of Motion, # 5 Affidavit Certification of Service).(Berutti, Ronald) Modified on 4/7/2025 (lb). (Entered: 04/04/2025) |
| 04/04/2025 | 59 | **FILING ERROR – DEFICIENT DOCKET ENTRY – (SUPPORTING DOCUMENTS TO BE FILED SEPARATELY) –** MOTION for Leave to File Second Amended Complaint . Document filed by Evan Rhodes. (Attachments: # 1 Affidavit Declaration of Ronald A. Berutti, # 2 Exhibit Exhibits, # 3 Proposed Order Proposed Order, # 4 Supplement Brief in Support of Motion, # 5 Affidavit Certification of Service).(Berutti, Ronald) Modified on 4/7/2025 (lb). (Entered: 04/04/2025) |
| 04/07/2025 | | **\*\*\*NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Ronald A. Berutti to RE–FILE Document 59 MOTION for Leave to File Second Amended Complaint .. ERROR(S): Supporting documents to be filed separately, each receiving their own document #. (lb)** (Entered: 04/07/2025) |
| 04/07/2025 | 60 | MOTION for Leave to File Amended Complaint . Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 04/07/2025) |
| 04/07/2025 | 61 | DECLARATION of Ronald A. Berutti in Support re: 60 MOTION for Leave to File Amended Complaint .. Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 04/07/2025) |
| 04/07/2025 | 62 | DECLARATION of Ronald A. Berutti Declaration Exhibits in Support re: 60 MOTION for Leave to File Amended Complaint .. Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 04/07/2025) |
| 04/07/2025 | 63 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** PROPOSED ORDER. Document filed by Evan Rhodes. Related Document Number: [DOCUMENT 60 Rhodes Motion for Leave]..(Berutti, Ronald) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 4/8/2025 (tp). (Entered: 04/07/2025) |
| 04/07/2025 | 64 | MEMORANDUM OF LAW in Support re: 60 MOTION for Leave to File Amended Complaint . . Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 04/07/2025) |
| 04/08/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED ORDER. Notice to attorney Ronald A. Berutti to RE–FILE Document No. 63 Proposed Order. The filing is deficient for the following reason(s): Signature line is for wrong Judge. Re–file the document using the event type Proposed Order found under the event list Proposed Orders. – select the correct filer/filers – attach the correct signed (scanned signature image) and dated PDF. (tp)** (Entered: 04/08/2025) |
| 04/09/2025 | 65 | PROPOSED ORDER. Document filed by Evan Rhodes. Related Document Number: [DOCUMENT 60 Rhodes Motion for Leave]..(Berutti, Ronald) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/09/2025) |
| 04/10/2025 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 65 Proposed Order was reviewed and approved as to form. (tp)** (Entered: 04/10/2025) |

| 04/17/2025 | 66 | MEMORANDUM OF LAW in Opposition re: 58 MOTION for Leave to File Second Amended Complaint ., 60 MOTION for Leave to File Amended Complaint ., 59 MOTION for Leave to File Second Amended Complaint . . Document filed by Kathleen Hochul, James V. McDonald..(Preis, Jessica) (Entered: 04/17/2025) |
|---|---|---|
| 04/18/2025 | 67 | MEMORANDUM OF LAW in Opposition re: 58 MOTION for Leave to File Second Amended Complaint ., 60 MOTION for Leave to File Amended Complaint ., 59 MOTION for Leave to File Second Amended Complaint . . Document filed by Jean Amie, Steven J. Corwin, M.D., New York Presbyterian Hospital, Royal Charter Properties, Inc.. (Attachments: # 1 Exhibit Letter re Summary of the Argument).(Velazquez, Liza) (Entered: 04/18/2025) |
| 04/25/2025 | 68 | LETTER MOTION for Extension of Time to File Response/Reply as to 67 Memorandum of Law in Opposition to Motion, 66 Memorandum of Law in Opposition to Motion, addressed to Judge Jennifer H. Rearden from Ronald A. Berutti dated 4/25/25. Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 04/25/2025) |
| 04/28/2025 | 69 | ORDER granting 68 Letter Motion for Extension of Time to File Response/ Reply: Plaintiff's deadline to reply in further support of his motion for leave to amend the complaint is extended nunc pro tunc to May 9, 2025. This deadline will not be further extended absent extraordinary circumstances. Future extension requests must identify a requested submission date. The Clerk of Court is directed to terminate ECF No. 68. SO ORDERED. Replies due by 5/9/2025.. (Signed by Judge Jennifer H. Rearden on 4/27/2025) (jca) (Entered: 04/28/2025) |
| 05/09/2025 | 70 | REPLY MEMORANDUM OF LAW in Support re: 60 MOTION for Leave to File Amended Complaint . *NYPH Defendants*. Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 05/09/2025) |
| 05/09/2025 | 71 | REPLY AFFIRMATION of Ronald A. Berutti in Support re: 60 MOTION for Leave to File Amended Complaint .. Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 05/09/2025) |
| 05/09/2025 | 72 | REPLY AFFIRMATION of Exhibit A in Support re: 60 MOTION for Leave to File Amended Complaint .. Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 05/09/2025) |
| 05/09/2025 | 73 | REPLY AFFIRMATION of Exhibit B in Support re: 60 MOTION for Leave to File Amended Complaint .. Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 05/09/2025) |
| 05/09/2025 | 74 | REPLY AFFIRMATION of Exhibit C in Support re: 60 MOTION for Leave to File Amended Complaint .. Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 05/09/2025) |
| 05/09/2025 | 75 | **FILING ERROR – ELECTRONIC FILING OF NON–ECF DOCUMENT –** MOTION to Amend/Correct 71 Reply Affirmation in Support of Motion, 60 MOTION for Leave to File Amended Complaint . *Exhibit D*. Document filed by Evan Rhodes..(Berutti, Ronald) Modified on 5/30/2025 (db). (Entered: 05/09/2025) |
| 05/09/2025 | 76 | **FILING ERROR – ELECTRONIC FILING OF NON–ECF DOCUMENT –** MOTION to Amend/Correct 71 Reply Affirmation in Support of Motion, 60 MOTION for Leave to File Amended Complaint . *Exhibit E*. Document filed by Evan Rhodes..(Berutti, Ronald) Modified on 5/30/2025 (db). (Entered: 05/09/2025) |
| 05/09/2025 | 77 | **FILING ERROR – ELECTRONIC FILING OF NON–ECF DOCUMENT –** MOTION to Amend/Correct 71 Reply Affirmation in Support of Motion, 60 MOTION for Leave to File Amended Complaint . *Exhibit F*. Document filed by Evan Rhodes..(Berutti, Ronald) Modified on 5/30/2025 (db). (Entered: 05/09/2025) |
| 05/09/2025 | 78 | **FILING ERROR – ELECTRONIC FILING OF NON–ECF DOCUMENT –** MOTION to Amend/Correct 71 Reply Affirmation in Support of Motion, 60 MOTION for Leave to File Amended Complaint . *Exhibit G*. Document filed by Evan Rhodes..(Berutti, Ronald) Modified on 5/30/2025 (db). (Entered: 05/09/2025) |
| 05/09/2025 | 79 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** MOTION to Amend/Correct 66 Memorandum of Law in Opposition to Motion, 60 |

| | | |
|---|---|---|
| | | MOTION for Leave to File Amended Complaint . *Reply Submission*. Document filed by Evan Rhodes..(Berutti, Ronald) Modified on 5/30/2025 (db). (Entered: 05/09/2025) |
| 05/27/2025 | 80 | LETTER MOTION for Leave to File Response to 70 Plaintiff's Reply in Further Support of the Motion for Leave to File a Second Amended Complaint addressed to Judge Jennifer H. Rearden from Liza M. Velazquez dated 5/27/25. Document filed by Jean Amie, Steven J. Corwin, M.D., New York Presbyterian Hospital, Royal Charter Properties, Inc...(Velazquez, Liza) (Entered: 05/27/2025) |
| 05/27/2025 | 81 | LETTER RESPONSE in Opposition to Motion addressed to Judge Jennifer H. Rearden from Ronald A. Berutti, Esq. dated 05/27/2025 re: 80 LETTER MOTION for Leave to File Response to 70 Plaintiff's Reply in Further Support of the Motion for Leave to File a Second Amended Complaint addressed to Judge Jennifer H. Rearden from Liza M. Velazquez dated 5/27/25. . Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 05/27/2025) |
| 05/30/2025 | | **\*\*\*NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney Ronald A. Berutti to RE–FILE Document 79 MOTION to Amend/Correct 66 Memorandum of Law in Opposition to Motion, 60 MOTION for Leave to File Amended Complaint . *Reply Submission*. Use the event type Reply Memorandum of Law in Support of Motion found under the event list Replies, Opposition and Supporting Documents. (db)** (Entered: 05/30/2025) |
| 06/02/2025 | 82 | REPLY MEMORANDUM OF LAW in Support re: 78 MOTION to Amend/Correct 71 Reply Affirmation in Support of Motion, 60 MOTION for Leave to File Amended Complaint . *Exhibit G*., 77 MOTION to Amend/Correct 71 Reply Affirmation in Support of Motion, 60 MOTION for Leave to File Amended Complaint . *Exhibit F*., 76 MOTION to Amend/Correct 71 Reply Affirmation in Support of Motion, 60 MOTION for Leave to File Amended Complaint . *Exhibit E*., 79 MOTION to Amend/Correct 66 Memorandum of Law in Opposition to Motion, 60 MOTION for Leave to File Amended Complaint . *Reply Submission*., 75 MOTION to Amend/Correct 71 Reply Affirmation in Support of Motion, 60 MOTION for Leave to File Amended Complaint . *Exhibit D* . . Document filed by Evan Rhodes. (Attachments: # 1 Exhibit Exhibit D to RAB Declaration, # 2 Exhibit Exhibit E to RAB Declaration, # 3 Exhibit Exhibit F to RAB Declaration, # 4 Exhibit Exhibit G to RAB Declaration).(Berutti, Ronald) (Entered: 06/02/2025) |
| 08/22/2025 | 83 | LETTER MOTION for Discovery *with recitation of new authority relied on by the plaintiff for his existing Motion Seeking Leave to File Second Amended Complaint* addressed to Judge Jennifer H. Rearden from Ronald A. Berutti seeking referral to Magistrate to schedule discovery. dated 08/22/2025. Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 08/22/2025) |
| 08/25/2025 | 84 | LETTER RESPONSE in Opposition to Motion addressed to Judge Jennifer H. Rearden from Jessica Preis dated August 25, 2025 re: 83 LETTER MOTION for Discovery *with recitation of new authority relied on by the plaintiff for his existing Motion Seeking Leave to File Second Amended Complaint* addressed to Judge Jennifer H. Rearden from Ronald A. Berutti seeking referral to M . Document filed by Kathleen Hochul, James V. McDonald..(Preis, Jessica) (Entered: 08/25/2025) |
| 08/27/2025 | 85 | LETTER RESPONSE to Motion addressed to Judge Jennifer H. Rearden from Liza M. Velazquez dated August 27, 2025 re: 83 LETTER MOTION for Discovery *with recitation of new authority relied on by the plaintiff for his existing Motion Seeking Leave to File Second Amended Complaint* addressed to Judge Jennifer H. Rearden from Ronald A. Berutti seeking referral to M . Document filed by Jean Amie, Steven J. Corwin, M.D., New York Presbyterian Hospital, Royal Charter Properties, Inc...(Velazquez, Liza) (Entered: 08/27/2025) |
| 08/27/2025 | 86 | LETTER REPLY to Response to Motion addressed to Judge Jennifer H. Rearden from Ronald A. Berutti in reply to NYP opposition. dated 08/27/2025 re: 83 LETTER MOTION for Discovery *with recitation of new authority relied on by the plaintiff for his existing Motion Seeking Leave to File Second Amended Complaint* addressed to Judge Jennifer H. Rearden from Ronald A. Berutti seeking referral to M . Document filed by Evan Rhodes..(Berutti, Ronald) (Entered: 08/27/2025) |

| 09/05/2025 | 87 | ORDER with respect to <u>83</u> Letter Motion for Discovery. The Court is in receipt of numerous filings from the parties. See ECF Nos. 83–86. On September 26, 2025 at 11:00 a.m., the Court will hold a conference in this matter. The conference will take place by telephone. Counsel should join the conference by dialing 646–453–4442 and entering access code 764 075 603 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding. SO ORDERED.. (Signed by Judge Jennifer H. Rearden on 9/5/2025) (jca) (Entered: 09/05/2025) |
|---|---|---|
| 09/05/2025 | | Set/Reset Hearings: Telephone Conference set for 9/26/2025 at 11:00 AM before Judge Jennifer H. Rearden. (jca) (Entered: 09/05/2025) |
| 09/26/2025 | 88 | ORDER granting <u>26</u> Motion to Dismiss; granting <u>27</u> Motion to Dismiss; denying <u>60</u> Letter Motion for Leave to File Document. For the reasons stated on the record at the September 26, 2025 conference, Governor Kathleen Hochul and Commissioner James V. McDonalds Motion to Dismiss the Amended Complaint, ECF No. 26, is granted; Defendants New York Presbyterian Hospital, Royal Charter Properties, Inc., Dr. Steven J. Corwin, and Jean Amies Motion to Dismiss the Amended Complaint, ECF No. 27, is granted; and Plaintiffs Motion for Leave to File a Second Amended Complaint, ECF No. 60, is denied. Counts One, Two, Three, Seven, Eight, Ten, and Eleven of the Amended Complaint, ECF No. 12, are dismissed with prejudice. Counts Four, Five, Six, and Nine of the Amended Complaint are dismissed without prejudice to refiling in state court. The Clerk of Court is directed to terminate any pending motions, cancel any remaining deadlines, and close this case. SO ORDERED. (Signed by Judge Jennifer H. Rearden on 9/26/2025) (jca) (Entered: 09/26/2025) |
| 09/26/2025 | | Minute Entry for proceedings held before Judge Jennifer H. Rearden: Motion Hearing held on 9/26/2025 re: <u>27</u> MOTION to Dismiss *the First Amended Complaint*. filed by Steven J. Corwin, M.D., New York Presbyterian Hospital, Royal Charter Properties, Inc., Jean Amie, <u>26</u> FIRST MOTION to Dismiss *the Amended Complaint*. filed by Kathleen Hochul, James V. McDonald, <u>60</u> MOTION for Leave to File Amended Complaint . filed by Evan Rhodes. Telephone Conference held on 9/26/2025. For the reasons stated on the record, Governor Kathleen Hochul and Commissioner James V. McDonalds Motion to Dismiss the Amended Complaint, ECF No. 26, is granted; Defendants New York Presbyterian Hospital, Royal Charter Properties, Inc., Dr. Steven J. Corwin, and Jean Amies Motion to Dismiss the Amended Complaint, ECF No. 27, is granted; and Plaintiffs Motion for Leave to File a Second Amended Complaint, ECF No. 60, is denied. Defendants are directed to order the transcript. (cda) (Entered: 09/26/2025) |
| 10/08/2025 | 89 | NOTICE OF APPEAL from <u>88</u> Order on Motion to Dismiss,, Order on Motion for Leave to File Document,,,,,,,,,,. Document filed by Evan Rhodes. Filing fee $ 605.00, receipt number ANYSDC–31825627. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Berutti, Ronald) (Entered: 10/08/2025) |
| 10/08/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: <u>89</u> Notice of Appeal. (tp) (Entered: 10/08/2025) |
| 10/08/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for <u>89</u> Notice of Appeal, filed by Evan Rhodes were transmitted to the U.S. Court of Appeals. (tp) (Entered: 10/08/2025) |