## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Rhodes v. New York Presbyterian Hospital**  Docket No.: **25-2482**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Emily A. Vance

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 1285 Avenue of the Americas, New York, NY 10019

Telephone: 212-373-3559   Fax: 212-492-0559

E-mail: evance@paulweiss.com

Appearance for: New York-Presbyterian Healthcare System, Inc. / Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Liza M. Velazquez / Paul, Weiss, Rifkind, Wharton & Garrison LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Emily A. Vance

Type or Print Name: Emily A. Vance