## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Rhodes v. New York Presbyterian Hospital**  Docket No.: **25-2482**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Juhyun Park**

Firm: **Paul, Weiss, Rifkind, Wharton & Garrison LLP**

Address: **1285 Avenue of the Americas, New York, NY 10019**

Telephone: **212-373-3775**     Fax: **212-492-0775**

E-mail: **lpark@paulweiss.com**

Appearance for: **New York-Presbyterian Healthcare System, Inc. / Defendant-Appellee**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: **Liza M. Velazquez and Emily Vance / Paul, Weiss, Rifkind, Wharton & Garrison LLP**)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: **/s/ Juhyun Park**

Type or Print Name: **Juhyun Park**